```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :
                                  :    **UNSEALING ORDER**
        - v. -                    :
                                  :    S9 19 Cr. 463 (DLC)
BENZION ZIRKIND, a/k/a "Ben,"     :
                                  :
        Defendant.                :
                                  :
- - - - - - - - - - - - - - - - - - X

  Upon application of the United States of America, by and through Assistant United States Attorneys Stephanie Lake, Sheb Swett, and Aline Flodr;

  It is found that the Indictment S9 19 Cr. 463 (DLC) is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, it is therefore

  ORDERED that Indictment S9 19 Cr. 463 (DLC) be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
   July 21, 2020

               _____
               DENISE COTE
               United States District Judge