UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   (   ) (   )

Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

**X**   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

**s/ Benzion Zirkind by the Court with permission**
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

_____
Print Defendant's Name

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**7/21/20**
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge