

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2020

**BY ECF**

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Benzion Zirkind,* **S9 19 Cr. 463 (DLC)**

Dear Judge Cote:

    The Government writes, with consent of defense counsel for the defendant in the above-captioned matter (the "defendant"), to request that the Court schedule a discovery deadline of August 12, 2020 for substantial completion of discovery for the defendant.

                              Respectfully submitted,

                                AUDREY STRAUSS
                              Acting United States Attorney

                 by:   /s/
                        Stephanie Lake / Sheb Swett / Aline Flodr
                        Assistant United States Attorneys
                        (212) 637-1066 / 6522 / 1110

cc: All counsel (by ECF)