

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 27, 2020

**BY ECF**



MEMO ENDORSED

Honorable Denise L. Cote
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Benzion Zirkind,* **S9 19 Cr. 463 (DLC)**

Dear Judge Cote:

The Government writes, with consent of defense counsel for the defendant in the above-captioned matter (the "defendant"), to request that the Court modify the terms of the defendant's bond. At the defendant's presentment and arraignment on July 21, 2020, Honorable Barbara C. Moses, United States Magistrate Judge, released the defendant on a $600,000 personal recognizance bond (the "Bond") secured by, among other things, the property located at 1349 President Street, Brooklyn, New York, 11213 (the "Property"). The defendant was released on his signature with an additional week to satisfy the remaining conditions of the Bond. The Government learned today that the Property is in pre-foreclosure and, consequently, the Government does not believe it is satisfactory security for the Bond. Based on the foregoing, the parties agree to the following modifications to the Bond:

1) The Property (1349 President Street, Brooklyn, New York, 11213) is removed as security for the Bond. The Bond shall be secured by substitute cash or property, subject to the Government's approval, on or before August 5, 2020.

The defendant shall be subject to GPS monitoring to be installed on or before July 29, 2020.

```
The Government's request to modify the
terms of the defendant's bond is
granted. 7.28.2020.

      _____
              DENISE COTE
      United States District Judge
```

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by:  /s/
    _____
    Stephanie Lake / Sheb Swett / Aline Flodr
    Assistant United States Attorneys
    (212) 637-1066 / 6522 / 1110

cc: All counsel (by ECF)