```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
UNITED STATES OF AMERICA,                 :      S9 19Cr463(DLC)
                                          :
            -v-                           :         ORDER
                                          :
BENZION ZIRKIND,                          :
                                          :
                        Defendant.        :
                                          :
----------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2020

DENISE COTE, District Judge:

Counsel for Benzion Zirkind having informed this Court's Chambers that the defendant prefers to proceed with an audio-only proceeding for the substitution of counsel conference scheduled for tomorrow, **August 14, 2020** at **10:00 a.m.**, it is hereby

ORDERED that the parties shall use the following dial-in credentials for the conference:

```
Dial-in:       888-363-4749
Access code:   4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline for the telephone conference if one is available.

IT IS FURTHER ORDERED that incoming counsel, Matthew Daniel Myers, shall be prepared to discuss the defendant's letter of August 11, 2020, regarding the defendant's intention to proceed to trial in this case.

IT IS FURTHER ORDERED that Mr. Myers shall serve this Order upon outgoing counsel, Zaki Tamir, who is required to participate in tomorrow's telephone conference.

Dated:   New York, New York
        August 13, 2020

                                          DENISE COTE
                              United States District Judge