```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :       S9 19Cr0463-06
                                           :            (DLC)
         -v-                               :
                                           :          ORDER
BENZION ZIRKIND,                           :
                                           :
                      Defendant.           :
                                           :
-------------------------------------------X
```

DENISE COTE, District Judge:

For the reasons set forth at the conference held by telephone on August 14, 2020, it is hereby

ORDERED the previously retained counsel Zaki Tamir is relieved and the appearance of retained counsel Matthew D. Myers is accepted.

Dated:    New York, New York
          August 14, 2020

                                     _____
                                            DENISE COTE
                                     United States District Judge