

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF:
Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

September 2, 2020

**USA v. Zirkind 19 CR 463 (DLC)**

Hon. Denise L. Cote:

Recently I received a communication from the Court that you would like us to state our position as to whether or not the defendant we represent intends to proceed to trial or resolve his case. Mr. Benzion Zirkind will be resolving his case without the need for a trial. An application to the Court for a plea will be made shortly as soon as the parties work through several details.

CC: US Government

Respectfully,

/s/Matthew D. Myers
Attorney for Defendant

N • Y • C