```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
               -v-                       :       19cr463 (DLC)
                                         :
 BENZION ZIRKIND,                        :           ORDER
                                         :
                    Defendant.           :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On September 14, 2020, the parties informed this Court that the defendant intends to plead guilty. An in court plea proceeding may be available to the defendant. Accordingly, it is hereby

ORDERED that a plea proceeding shall occur on **Thursday, September 24, 2020** at **10:00 a.m.**

IT IS FURTHER ORDERED that defense counsel shall respond to the following two questions by **Monday, September 21:**

1) If both an in-court and videoconference proceeding are available, does the defendant prefer to plead guilty in an in-court proceeding in Courtroom 18B, 500 Pearl Street, or through videoconference technology via Skype for Business?

2) If an in-court plea proceeding is unavailable, does the defendant consent to plead guilty at a videoconference proceeding?

If the defendant consents to plead guilty at a videoconference proceeding, either as a matter of preference or

because an in-court proceeding is unavailable, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         September 15, 2020

                                              _____
                                                      DENISE COTE
                                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

   BENZION ZIRKIND,

                       Defendant.
---------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

19-CR- 463   (DLC)

Entry of Plea of Guilty

    I am aware that I have been charged with violations of federal law.  I have consulted with my attorney about those charges.  I have decided that I wish to enter a plea of guilty to certain charges.  I understand I have a right to appear before a judge in a courtroom in the Southern District of New York to enter my plea of guilty and to have my attorney beside me as I do.  I am also aware that the public health emergency created by the COVID-19 pandemic has interfered with travel and restricted access to the federal courthouse.  I have discussed these issues with my attorney.  By signing this document, I wish to advise the court that I willingly give up my right to appear in person before the judge to enter a plea of guilty.  By signing this document, I also wish to advise the court that I willingly give up any right I might have to have my attorney next to me as I enter my plea so long as the following conditions are met.  I want my attorney to be able to participate in the proceeding and to be able to speak on my behalf during the proceeding.  I also want the ability to speak privately with my attorney at any time during the proceeding if I wish to do so.

Date:       _____      _____
                Print Name                             Signature of Defendant

I hereby affirm that I am aware of my obligation to discuss with my client the charges against my client, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver and consent form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held with my client and me both participating remotely.

Date:       _____      _____
                Print Name                             Signature of Defense Counsel