

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF:
Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

September 16, 2020

### USA v. Zirkind 19 CR 463 (DLC)

Hon. Denise L. Cote:

Mr. Zirkind has agreed to take a plea on consent of all parties on October 8, 2020 at 10am. The prior date of September 24, 2020 presented a conflict because defense counsel was under court order to participate in an all-day suppression hearing.

Mr. Zirkind has consented to having his plea taken by Skype video conferencing per my prior communication with this court. The court need not make any arrangement for in-person appearance.

CC:  US Government

Respectfully,

/s/Matthew D. Myers
Attorney for Defendant

N • Y • C