UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

                                                                          Case No.

                                    Plaintiff,

        -against-

                                    Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐    I have cases pending           ☐    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

    ☐    An attorney

    ☐    A Government Agency attorney

    ☐    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:_____
                    FIRM ADDRESS:_____
                    FIRM TELEPHONE NUMBER:_____
                    FIRM FAX NUMBER:_____

NEW FIRM:    FIRM NAME:_____
                    FIRM ADDRESS:_____
                    FIRM TELEPHONE NUMBER:_____
                    FIRM FAX NUMBER:_____

    ☐    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated:                                      *Matthew Myers*
                                              _____
                                              ATTORNEY'S SIGNATURE