

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF:
Honorable Denise L. Cote                     October 1, 2020
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**USA v. Zirkind 19 CR 463 (DLC)**

Hon. Denise L. Cote:

In response to the Court's directive to comply with the following:

**"Participants are directed to test their video conference setup in advance of the conference -- including their ability to access the link above. Defense counsel shall assist the defendant in testing his video conference capability so that the defendant can participate by video conference if that is feasible. Users who do not have an Office 365 account may use the Join as Guest option. When you successfully access the link, you will be placed in a virtual lobby until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business."**

**Defense Counsel and Defendant have tested their respective systems and all are working properly.**

                                                   Respectfully,

 CC:  US Government                               /s/Matthew D. Myers
                                                   Attorney for Defendant

N • Y • C