```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
                                    :
UNITED STATES OF AMERICA            :    S9 19cr463(DLC)
                                    :
            -v-                     :    ORDER
                                    :
BENZION ZIRKIND,                    :
                                    :
                        Defendant.  :
                                    :
----------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/23/2020

DENISE COTE, District Judge:

The parties having informed the Court that the defendant is prepared to proceed with a change-of-plea hearing and that the proceeding occur by videoconference, it is hereby

ORDERED that the change of plea is scheduled for **Thursday, October 29, 2020** at **12 p.m.**

The proceeding will occur as a videoconference via Skype for Business if the platform is reasonably available. To access the conference, paste the following link into your browser: https://meet.lync.com/fedcourts-nysd/anthony_sampson/NOOPR6O4.

To use this link, you may need to download software to use Skype's videoconferencing features.[1] Participants are directed to test their videoconference setup in advance of the conference -- including their ability to access the link above. Defense

---

[1] See Microsoft, Install Skype for Business (last visited Apr. 29, 2020), https://support.office.com/en-us/article/install-skype-for-business-8a0d4da8-9d58-44f9-9759-5c8f340cb3fb.

counsel shall assist the defendant in testing his videoconference capability so that the defendant can participate by videoconference if that is feasible.

Users who do not have an Office 365 account may use the "Join as Guest" option. When you successfully access the link, you will be placed in a "virtual lobby" until the conference begins. Participants should also ensure that their webcam, microphone, and headset or speakers are all properly configured to work with Skype for Business. For further instructions concerning Skype for Business and general guidelines for participation in video and teleconferencing, visit https://nysd.uscourts.gov/covid-19-coronavirus.

If you intend to join the conference from an Apple device, you should ensure that you are running a version of Skype for Business that was published on or after April 28, 2020.[2] Users running earlier versions have encountered an issue in which Skype for Business does not receive any inputs from the computer's microphone, and they cannot be heard by other participants.

---

[2] See, e.g., Microsoft, Skype for Business on Mac (last visited May 5, 2020), https://www.microsoft.com/en-us/download/details.aspx?id=54108.

IT IS FURTHER ORDERED that members of the press, public, or counsel who are unable to successfully access Skype for Business may access the conference audio using the following credentials:

        Call-in number:   +19179332166
        Conference ID:    511203910

Dated:    New York, New York
           October 23 2020

                                                      _____
                                                       DENISE COTE
                                             United States District Judge