```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
 UNITED STATES OF AMERICA              :
                                       :     S9 19cr463-06
                 -v-                   :         (DLC)
                                       :
 BENZION ZIRKIND, a/k/a "Ben,"         :        ORDER
                                       :
                     Defendant.        :
----------------------------------------X
```

DENISE COTE, District Judge:

The Court having received defense counsel's letter dated January 21, 2021 requesting an adjournment of the February 5, 2021 sentencing date, it is hereby

ORDERED that the request to adjourn the sentencing date is denied.

IT IS FURTHER ORDERED that defense counsel shall respond to the following two questions by **January 28, 2021**:

1) Does the defendant consent to be sentenced through videoconference technology?

2) If the defendant is unable to arrange for a videoconference proceeding, does the defendant consent to be sentenced at a telephone conference proceeding?

If the defendant consents to either option, please complete and submit the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         January 22, 2021

```
                          _____
                                  DENISE COTE
                          United States District Judge
```