# INDEX

## EXHIBIT A: Defendant's Sentencing Letter

## EXHIBIT B: Aleph Letter & Appendix A-D

## EXHIBIT C: Letters of recommendation from friends and family

## EXHIBIT D: CONT'D letters of recommendation