

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF:
Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

January 24, 2021

**USA v. Zirkind 19 CR 463 (DLC)**

Hon. Denise L. Cote:

In response to the Court's inquiry under Docket # 203 following the Court's denial of a request to adjourn the sentencing three weeks, the Court asks the following questions of counsel:

(1) Does the defendant consent to be sentenced through video conference technology? Answer: No

(2) If the defendant is unable to arrange for a videoconferencing proceeding, does the defendant consent to be sentenced at a telephone conference proceeding? Answer: No

CC: US Government

Respectfully,

/s/Matthew D. Myers
Counsel for Benzion Zirkind

N • Y • C