```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :    S9 19cr463-6(DLC)
            -v-                          :
                                         :         ORDER
 BENZION ZIRKIND,                        :
                                         :
                     Defendant.          :
                                         :
 ----------------------------------------X
```

DENISE COTE, District Judge:

The defendant having informed the Court that he prefers the February 5, 2021 sentencing proceed in-person, it is hereby

ORDERED that the sentencing shall proceed as scheduled on **February 5, 2021 at 10 a.m.** in a courtroom to be determined at later time at 500 Pearl Street. In light of the ongoing COVID-19 pandemic, it is hereby

ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here**:

> https://nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf

IT IS FURTHER ORDERED that all individuals must practice social distancing at all times in the courthouse.  Individuals also must wear face masks at all times in the courthouse unless the Court authorizes their removal.

IT IS FURTHER ORDERED that by **Thursday, January 28, 2021,** defense counsel must advise the Court of how many spectators will attend the sentencing.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables.  Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in-court sentencing of the defendant may listen to the sentencing through a telephone link by calling **888-363-4749** and using access code **4324948**.

Dated:   New York, New York
         January 25, 2021

                                                  _____
                                                  DENISE COTE
                                     United States District Judge