UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------
UNITED STATES OF AMERICA

-against-

BENZION ZIRKIND
------------------------------------------------------

Docket # S9:19CR00463-006 (DLC)
**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant BENZION ZIRKIND in the above captioned matter and requests that copies of all notices and other court papers be served upon the undersigned at the address listed below.

Dated: Cedarhurst, New York
      January 27, 2021

BIENENFELD LAW
_____/s/_____
by: Saul Bienenfeld
680 Central Ave
Suite 108
Cedarhurst, New York   11516

Saul@bienenfeldlaw.com

212-363-7701