

February 11, 2021

Honorable Denise L. Cote
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

VIA ECF

    Re:    United States vs. Benzion Zirkind
             Case No. 19-CR-463 (DLC)

Dear Judge Cote:

    I am writing to inform the court that both counsel and Benzion Zirkind have tested Microsoft Teams and found it to be in working order.

Respectfully Submitted;

/s
Saul Bienenfeld

**BIENENFELD LAW**

Admitted New York and Florida

**New York City:**
450 Seventh Avenue
Suite 1408
New York, NY  10123

**Long Island:**
680 Central Avenue
Suite 108
Cedarhurst, NY  11516

saul@bienenfeldlaw.com
212-363-7701
www.bienenfeldlaw.com