

BY ECF                                                                                   April 8, 2021
Honorable Denise L. Cote
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    United States vs. Benzion Zirkind
             Case No. 19-CR-463 (DLC)

Dear Judge Cote:

    Attached please find an Order for your consideration.  Pretrial Services, AUSA Swett and myself have all consented that the defendant should be allowed to travel to his designated facility tomorrow without his GPS ankle bracelet.

    Kindly sign the attached Order so that Pretrial Services can remove the bracelet tomorrow morning prior to Mr. Zirkind travelling to his designated facility.


Respectfully Submitted;

/s
Saul Bienenfeld

**BIENENFELD LAW**

Admitted New York and Florida

**New York City:**
450 Seventh Avenue
Suite 1408
New York, NY  10123

**Long Island:**
680 Central Avenue
Suite 108
Cedarhurst, NY  11516

saul@bienenfeldlaw.com
212-363-7701
www.bienenfeldlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :   ORDER
                                    :   19CR00463
Benzion Zirkind                     :
                                    :
        Defendant                   :
                                    :
------------------------------------X

   Denise Cote, United States District Judge:

   ORDERED that the defendant's conditions of release be modified to remove stand alone monitoring enforced by GPS prior to surrender and that the defendant not be required to travel to his designated facility while under GPS monitoring.


   Dated: New York, New York
          April ___, 2021


                                        SO ORDERED



                                        _____
                                        Honorable Denise Cote
                                        United States District Judge