UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA                :
                                        :
     -against-                          :   ORDER
                                        :   19CR00463
Benzion Zirkind,                        :
                                        :
          Defendant.                    :
                                        :
----------------------------------------X

Denise Cote, United States District Judge:

ORDERED that the defendant's conditions of release be modified to remove stand alone monitoring enforced by GPS prior to surrender and that the defendant not be required to travel to his designated facility while under GPS monitoring.

Dated: New York, New York
       April 8, 2021

                                    SO ORDERED:

                                    _____
                                    Honorable Denise Cote
                                    United States District Judge