

BY ECF                                                                April 13, 2021
Honorable Denise L. Cote
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse                          MEMO ENDORSEMENT
500 Pearl Street
New York, NY 10007-1312

      Re:    United States vs. Benzion Zirkind
             Case No. 19-CR-463 (DLC)

Dear Judge Cote:

     Benzion Zirkind has begun his incarceration last Friday.  I am now requesting that both his US and Canadian passports be returned to him or a family member.

     Please so order this letter to allow Pre Trial Services to return both of his passports.


Respectfully Submitted;                           Application GRANTED

/s                                                SO ORDERED
Saul Bienenfeld                                   April 13, 2021


                                        _____
                                        DENISE COTE
                          United States District Judge

| BIENENFELD LAW | New York City: | Long Island: | saul@bienenfeldlaw.com |
| --- | --- | --- | --- |
| | 450 Seventh Avenue | 680 Central Avenue | 212-363-7701 |
| | Suite 1408 | Suite 108 | www.bienenfeldlaw.com |
| Admitted New York and Florida | New York, NY  10123 | Cedarhurst, NY  11516 | |